IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FRANKLIN LAMAR BACON,
a/k/a Franklin Lamar Wilkerson,

    Plaintiff,

v.

CIVIL ACTION NO.: CV612-001

LYNN ANDERSON; Officer MARCO;
Sgt. TREMBLE; Sgt. JEFF WHITE;
JEFF THOMPSON; Mrs. FORMAND;
Ms. RONDA; Cpl. AKINS; Ms.
HOLLOWAY; Officer STANN;
Officer RANDY; CHRIS WILLS;
Officer CORI; Sgt. KIRKLAND;
ADAM; DILLEN; PARKER;
MORGAN; ANDRE; and
Officer STEVE,

    Defendants.

## ORDER

Plaintiff Franklin Lamar Bacon a.k.a. Franklin Lamar Wilkerson ("Plaintiff"), an inmate currently incarcerated at Wilcox State Prison in Abbeville, Georgia, filed a cause of action pursuant to 42 U.S.C. § 1983, contesting certain conditions of his confinement at the Bulloch County Sheriff's Department. By Order dated February 7, 2012, Magistrate Judge Graham informed Plaintiff that his claims were unrelated and instructed Plaintiff to advise the Court as to which claim or related claims against which Defendant(s) he wishes to pursue in this action.

AO 72A
(Rev. 8/82)

Plaintiff responded to the Magistrate Judge's February 7, 2012, Order. Plaintiff's Response suffered from the same defect as his original Complaint. By Order dated February 29, 2012, the Magistrate Judge again directed Plaintiff to advise the Court as to which claim or related claims against which Defendant(s) he wishes to pursue.

Following an extension of time, Plaintiff has now filed two Responses to the Magistrate Judge's February 29, 2012, Order.[1] In his first Response, (Doc. Nos. 16 and 17), Plaintiff states that he wants to pursue the following claims: intentional interference with medical treatment once prescribed, deliberate indifference, starvation, intentional denial/delay of medical treatment, and tampering with medication before giving it to Plaintiff. Plaintiff seeks to retain the following Defendants: Lynn Anderson, Officer Marco, Sergeant Tremble, Jeff Thompson, Ms. Ronda, Corporal Cori Akins, Ms. Holloway, Officer Cori, Sergeant Kirkland, Adam, Dillen, Parker, Morgan, Andre, and Officer Steve.

In his second Response, (Doc. No. 19), Plaintiff again alleges that he was starved and denied medical treatment. Plaintiff also alleges that he was served cold food, which resulted in constipation and hemorrhoids. Additionally, Plaintiff re-alleges that his prescribed medical treatment was interfered with; he alleges that the cause of this interference was racial discrimination. Plaintiff also avers that Officer Morgan, who is not a named defendant, refused to give him a double portion of food; Plaintiff alleges that racial discrimination was the cause of Officer Morgan's denial. Plaintiff summarizes this document by stating he wants to pursue all health care claims.

Plaintiff still fails to show a logical relationship between his many claims. Plaintiff has yet to properly comply with the Magistrate Judge's Orders instructing him to advise

---

[1] The first Response was docketed as a Motion to Amend Plaintiff's Complaint and as a Response.

2

the Court as to which related claims, claims that "arise[ ] out of the same transaction, occurrence, or series of transactions or occurrences," FED. R. CIV. P. 20(a), he wishes to pursue. As a result, Plaintiff's Complaint is **DISMISSED**, without prejudice. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this  16th day of March, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA